**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2297**

LOUISE JOHNSON,

        Plaintiff - Appellant,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:08-cv-00091-RAJ-FBS)

Submitted:  May 8, 2009           Decided:  May 26, 2009

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louise Johnson, Appellant Pro Se.   Kent Pendleton Porter,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louise Johnson appeals the district court's order dismissing her complaint for failure to prosecute pursuant to Fed. R. Civ. Proc. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Astrue, No. 2:08-cv-00091-RAJ-FBS (E.D. Va. Sept. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED